UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT PADUCAH
CIVIL ACTION NO. 5:20-CV-00183-TBR

ELECTRONICALLY FILED

MICHAEL D. PADGETT                                                                                              PLAINTIFF

v.                                                    **STATUS REPORT**

DEPUTY CORTEZ BUTLER, ET AL.,                                                                DEFENDANTS

      Come the Defendants, Cortez Butler, Brandon Lloyd, Cookie Crews, Travis Bradley and Scott Jordan, by counsel, and hereby inform the court of the following status of a video recording requested by the Plaintiff:

1. Video recordings from cameras at the Kentucky State Penitentiary ("KSP") are not routinely kept indefinitely and are typically periodically purged.

2. The requested recording may have been retained on an external hard drive at KSP.

3. Kentucky Department of Corrections ("KDOC") information technology (IT) staff have attempted to access the data contained on the hard drive that might have contained the relevant recording.

4. This hard drive is somehow non-functional, damaged or corrupted and no data can be retrieved.

5. It is possible that the hard drive can be disassembled and data accessed, but this appears unlikely.

6. Therefore, the requested video recording is not available at this time.

Respectfully submitted,

*/s/ John Hamlet*
John Hamlet
Department of Corrections
Office of Legal Services
P.O. Box 2400
Frankfort, KY 40602-2400
Phone: (502) 782-5431
Fax: (502) 564-5037
E-Mail: john.hamlet@ky.gov
*Counsel for Defendants Butler, Lloyd, Crews, Jordan and Bradley*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed this document with the Court by using the CM/ECF system. I further certify that I mailed this document first class, postage prepaid to the following non-CM/ECF participants:

Michael D. Padgett, #257283
Eastern Kentucky Correctional Complex
200 Road to Justice
West Liberty, Kentucky 41472

*/s/ John Hamlet*
*Counsel for Defendants Butler, Lloyd, Crews, Jordan and Bradley*